**\*\* E-filed July 24, 2009 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BEAZLEY INSURANCE COMPANY, a Connecticut Corporation,<br><br>    Plaintiff,<br>v.<br><br>TRITON DISTRIBUTION SYSTEMS, INC., a Nevada Corporation; GREGORY LYKIARDOPOULOS, an individual; and DOES 1–100,<br><br>    Defendants. | No. C09-01327 HRL<br><br>**ORDER (1) VACATING CASE MANAGEMENT CONFERENCE AND (2) DENYING REQUEST TO APPEAR BY TELEPHONE AS MOOT**<br><br>**[Docket No. 16]** |

Upon filing, this action was scheduled for an initial case management conference on July 28, 2009. The clerk has since entered a default against defendants Triton Distribution Systems, Inc. (Docket No. 13) and Gregory Lykiardopoulos (Docket No. 14). On July 21, 2009, plaintiff filed a Case Management Statement advising the court that it intended to file a motion for a default judgment within the next thirty days and requested that the court vacate the Case Management Conference as a result. In the alternative, plaintiff's counsel requested that the court allow him to appear at the conference by telephone. Good cause appearing, the Case Management Conference set for July 28, 2009 at 1:30 p.m. in Courtroom 2 is hereby VACATED and plaintiff's request to appear by telephone is DENIED AS MOOT.

Dated: July 24, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 09-01327 Notice will be electronically mailed to:**

Jeffrey Stewart Whittington    jwhittington@kbrlaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**