**\*\* E-filed July 11, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BEAZLEY INSURANCE COMPANY, INC., <br><br>  Plaintiff, <br><br> v. <br><br> TRITON DISTRIBUTION SYSTEMS, INC., et al., <br><br>  Defendants. _____/ | No. C09-01327 HRL <br><br> **ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |

On July 24, 2009, upon Defendants' default being entered and Plaintiff's representation that it intended to file a motion for default judgment, this Court vacated the then-scheduled case management conference. Docket No. 17. Plaintiff never filed anything else, let alone a motion for default judgment. Accordingly, Plaintiff is ORDERED to appear on **August 9, 2011 at 10:00 a.m.** in Courtroom 2, Fifth Floor, United States District Court, 280 S. First Street, San Jose, California, 95113 to show cause why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 11, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C09-01327 HRL N**otice will be electronically mailed to:

Jeffrey Stewart Whittington            jwhittington@kbrlaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**