UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BEAZLEY INSURANCE COMPANY, INC.,<br><br>Plaintiff,<br>v.<br><br>TRITON DISTRIBUTION SYSTEMS, INC., et al.,<br><br>Defendants. | Case No.: 09-CV-01327-LHK<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE |

This case was referred to Magistrate Judge Howard R. Lloyd, who has made a report and recommendation that the District Judge dismiss this action for failure to prosecute. The Magistrate Judge's Report and Recommendation was filed and served on September 6, 2011. No objections have been filed, and the time to file objections has expired. *See* Fed. R. Civ. P. 72(b)(2).

Having reviewed the Report and Recommendation, as well as the record in this case, the court finds that the Report and Recommendation is well-founded in fact and in law and, therefore, the Report and Recommendation is adopted in its entirety. The case is hereby DISMISSED without prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 3, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 09-CV-01327-LHK
ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING